United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 18, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-20054
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGAR ALFRED MOSQUERA, also known as Calidoso,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-781-1
--------------------

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Edgar Alfred Mosquera has
moved for leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967). Mosquera has filed a
response wherein he argues that his criminal-mischief conviction
should have been excluded from the computation of his criminal
history score. Although the district court discussed the
conviction at the sentencing hearing, the arguments made by

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Mosquera are raised for the first time on appeal.  Accordingly, they are reviewed for plain error only.  <u>See</u> <u>United States v. Olano</u>, 507 U.S. 725, 732 (1993).

Our independent review of the brief, the record, and Mosquera's response discloses no nonfrivolous issues in this direct appeal.  Accordingly, the motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein.  The appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.